**Order entered July 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00730-CV

### TFHSP SERIES LLC, SERIES 03, Appellant

### V.

### MIDFIRST BANK, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11478-L**

## ORDER

We **DENY** appellant's June 17, 2015 application for writ of supersedeas.

Texas Rule of Appellate Procedure 24.1(f) provides that if execution has been issued and the judgment is later superseded, "the clerk will promptly issue a writ of supersedeas." Appellant has not shown, in the record before us or otherwise, that execution has been issued or that the judgment has been superseded. Thus, appellant has not shown itself entitled to relief.

/s/     ELIZABETH LANG-MIERS
           PRESIDING JUSTICE